# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GALINA ELIZAROVA DEBLANK

VERSUS

INTERACTIVE BROKERS, LLC

NO.  2026 CW 0799

**JULY 1, 2026**

---

In Re:    Daniel James DeBlanc, Independent Administrator of the Succession of David Paul DeBlanc, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202512778.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.**  The district court's May 4, 2026 judgment which granted the exception of no right of action filed by plaintiff against relator and dismissed the intervention filed by relator, Daniel James DeBlanc, the succession representative, is an appealable judgment. La. Code Civ. P. art. 1915(A)(1).  Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator, Daniel James DeBlanc, the succession representative pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*).  Additionally, a copy of this court's order is to be included in the appellate record.

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT